direct appeal, specifically, whether the court placed on the record a reasonable basis for restraining defendant before the jury. Upon our review of the motion papers, we conclude that the issue may have merit. Therefore, the order of March 16, 2007 is vacated and this Court will consider the appeal de novo (see People v LeFrois, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before February 13, 2015. Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL T. CHICHERCHIA, Appellant. [996 NYS2d 202]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID McCALLUM, Appellant. [996 NYS2d 202]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES G. JAMIESON, Appellant. [996 NYS2d 202]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and Whalen, JJ.

■ ERIC M. FISHER et al., Respondents, v NATHANIEL C. HILL et al., Appellants. [996 NYS2d 201]—Motion for modification denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ SPOLETA CONSTRUCTION, LLC, Appellant, v ASPEN INSURANCE UK LIMITED et al., Respondent, et al., Defendants. [996 NYS2d 202]—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WILLIAMS, Appellant. [996 NYS2d 202]—Motion for reargument and leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Whalen and DeJoseph, JJ.

■ TIMOTHY D. GAY, Appellant, v MARIA GAY, Respondent. (Appeal No. 1.) [996 NYS2d 202]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.

■ TIMOTHY D. GAY, Appellant, v MARIA GAY, Respondent. (Appeal No. 2.) [996 NYS2d 202]—Motion for reargument, reconsideration or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.